**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LASHUNON GAUT | § |
| | §  CIVIL ACTION 2:13-CV-01111 JRG-RSP |
| | § |
| VS. | §  JURY TRIAL DEMANDED |
| | § |
| | § |
| ASSOCIATED COURIERS, INC. | § |

## ORDER OF DISMISSAL

On this day, the Joint Motion to Dismiss having been presented to the Court and the Court being of the opinion that such Joint Motion for Dismissal should be granted;

IT IS THEREFORE, ORDERD, ADJUDGED AND DECREED that the case on file herein be dismissed with prejudice with costs being taxed against the party incurring same.

**SIGNED this 12th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE